**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| CIMON LOVESS<br>    Plaintiff,<br>v.<br><br>EMBRACE HOME LOANS, *et al.*<br><br>    Defendants. | *<br><br>*<br><br>*<br>    Case No. 1:17-cv-02212-JKB<br>*<br><br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT SANTANDER CONSUMER USA INC ONLY

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Cimon Lovess ("Plaintiff") and Defendant Santander Consumer USA Inc. ("SC"), hereby stipulate that all claims of Plaintiff in this action against SC, including Plaintiff's Complaint, are dismissed <u>with prejudice</u>, with both parties to bear their own costs.

Dated: September 1, 2017            Respectfully submitted,

| | |
|---|---|
| */s/ Cimon Lovess*_____<br>Cimon Lovess<br>5546 Channing Rd<br>Baltimore, MD 21229<br>(443) 248-2609<br><br>*Pro Se Plaintiff* | */s/ Melissa O. Martinez*<br>Melissa O. Martinez (Fed. Bar No. 28975)<br>**MCGUIREWOODS LLP**<br>7 Saint Paul Street<br>Suite 1000<br>Baltimore, MD 21202<br>(410) 659-4432<br>(410) 659-4482 Fax<br>mmartinez@mcguirewoods.com<br><br>*Counsel for Defendant Santander Consumer USA Inc.* |