## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**CIMON LOVESS**                 *

      Plaintiff,           *

vs.                        *     Case No: 1:17-cv-02212-JKB

**EMBRACE HOME LOANS, et al.**   *

      Defendants.        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL
## WITH PREJUDICE AS TO DEFENDANT OTTNO, INC.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Cimon Lovess ("Plaintiff') and Defendant OTTNO, Inc., ("OTTNO"), hereby stipulate that all claims of Plaintiff against OTTNO, including Plaintiff's Complaint, are dismissed <u>with prejudice,</u> with both parties to bear their own costs.

Dated: September 19, 2017           Respectfully submitted,

<u>/s/ Cimon Lovess</u>               /s/ Jordan D. Rosenfeld
Cimon Lovess                       Jordan D. Rosenfeld (Bar No. 13694)
5546 Channing Rd                   SAUL EWING LLP
Baltimore, MD 21229               500 E. Pratt Street, Suite 800
(443) 248-2609                     Baltimore, Maryland  21202
                                  (410) 332-8612 (telephone)
*Pro Se Plaintiff*                   (410) 332-8108 (facsimile)
                                  jordan.rosenfeld@saul.com (email)

                                *Counsel for Defendant OTTNO, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of September, 2017, a copy of the foregoing Stipulation of Dismissal with Prejudice as to Defendant OTTNO, Inc. was served on *Pro Se* Plaintiff Cimon Lovess by email and first class mail at the addresses below:

    Cimon Lovess
    5546 Channing Rd
    Baltimore, MD 21229
    cimonlovess@ymail.com


    /s/ Jordan D. Rosenfeld
    Jordan D. Rosenfeld

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **CIMON LOVESS** | * | |
| Plaintiff, | * | |
| vs. | * | Case No: 1:17-cv-02212-JKB |
| **EMBRACE HOME LOANS, et al.** | * | |
| Defendants. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**ORDER**

In light of the Stipulation of Dismissal With Prejudice as to Defendant OTTNO, Inc., filed on September 19, 2017 (ECF No. __), the Court hereby ORDERS that Plaintiff's claims against Defendant OTTNO, Inc. in the above-captioned matter are hereby DISMISSED WITH PREJDUCE, and further the Court

DIRECTS the Clerk to TERMINATE Defendant OTTNO, Inc. as a party in this case.

SO ORDERED.

DATED this ____ day of September, 2017.

BY THE COURT:

_____
James K. Bredar United States District Judge