IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CIMON LOVESS,   *

   Plaintiff   *

   v.   *   CIVIL NO. JKB-17-2212

EMBRACE HOME LOANS, INC., *et al.*,   *

   Defendants.   *

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Plaintiff filed this action against twenty-seven Defendants on May 31, 2017 in the Circuit Court for Baltimore County. (Compl., ECF No. 2.) Defendants Discover Financial Services and Discover Bank removed the case to this Court on August 4, 2017. (Notice of Removal, ECF No. 1.) After Plaintiff stipulated to the dismissal of some Defendants (ECF Nos. 16, 19), and other Defendants successfully moved to dismiss the claims against them (ECF No. 27), the Court ordered Plaintiff to show cause as to why the case should not be dismissed for failure to serve any of the remaining Defendants within the time required by Federal Rule of Civil Procedure 4(m) (ECF No. 28). That Order required Plaintiff to respond by November 6. (*Id.*) Subsequent to that Order, Defendant Lending Club Corporation informed the Court that it had voluntarily agreed to accept service. (*See* ECF No. 29.) In response, the Court ordered Plaintiff to file either proof of service or waiver of service on Lending Club Corporation by November 11. (*See* ECF No. 31.) Plaintiff has failed to respond to the Court's orders to show cause as to why the case should not be dismissed and to file proof of service or waiver of service on Lending Club Corporation. Therefore, IT IS SO ORDERED:

1. The case IS DISMISSED for failure to prosecute.

2. The Clerk SHALL CLOSE the case.

3. Lending Club Corporation's Motion (ECF No. 32) for extension of time to file an answer is DISMISSED AS MOOT.

DATED this 14th day of November, 2017

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge